CERTIFICATE OF SERVICE

``I, the undersigned, hereby certify that on March 2, 2005 I electronically filed a Notice Of Appeal with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Josy W. Ingersoll
>**Young Conaway Stargatt & Taylor, LLP**
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899
>
>Richard D. Kirk
>**The Bayard Firm**
>222 Delaware Ave., Ste. 900
>Wilmington, DE  19899

>MORRIS, NICHOLS, ARSHT & TUNNELL
>/s/ Karen Jacobs Louden (#2881)
>1201 N. Market St.
>P.O. Box 1347
>Wilmington, DE  19899-1347
>(302)658-9200
>Attorney for Plaintiff Medtronic Vascular, Inc.
>klouden@mnat.com

355468