Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

05-1280, -1281, -1282

ADVANCED CARDIOVASCULAR SYSTEMS, INC.
and GUIDANT SALES CORPORATION,

Plaintiffs-Appellees,

v.

MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC.,

Defendants-Appellants.

---

MEDTRONIC VASCULAR, INC.,

Plaintiff-Appellant,

v.

BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC.
(formerly known as Scimed Life Systems, Inc.), and MEDINOL LTD.,

Defendants-Appellees.

---

MEDTRONIC VASCULAR, INC.,

Plaintiff-Appellant,

v.

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC. (formerly known as Scimed Life Systems, Inc.),

Defendants-Appellees.

## O R D E R

UPON CONSIDERATION of the notices of appeal filed by Medtronic Vascular, Inc., et al., on March 2, 2005, in case no. 98-CV-80 from the District of Delaware (docketed as 05-1280), 98-CV-478 (docketed as 05-1281), and 04-CV-34 (docketed as 05-1282),

IT IS ORDERED THAT:

The appeals are consolidated.

March 16, 2005

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

c: George M. Sirilla, Esq.
Gerald F. Ivey, Esq.
Albert J. Breneisen, Esq.
Clerk, U.S. District Court, Wilmington DE

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 16 2005

JAN HORBALY
CLERK