# United States Court of Appeals for the Federal Circuit

05-1280, -1281, -1282

ADVANCED CARDIOVASCULAR SYSTEMS, INC.
and GUIDANT SALES CORPORATION,

Plaintiffs-Appellees,

v.

MEDTRONIC VASCULAR, INC. and MEDTRONIC USA, INC.,

Defendants-Appellants.

---

MEDTRONIC VASCULAR, INC.,

Plaintiff-Appellant,

v.

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC. (formerly known as Scimed Life Systems, Inc.),

Defendants-Appellees,

and

MEDINOL LTD.,

Defendant-Appellee.

---

MEDTRONIC VASCULAR, INC.,

Plaintiff-Appellant,

v.

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC. (formerly known as Scimed Life Systems, Inc.),

Defendants-Appellees.

# United States Court of Appeals for the Federal Circuit

## Judgment

ON APPEAL from the     UNITED STATES DISTRICT COURT
                                DISTRICT OF DELAWARE

In CASE NO(S).     98-CV-80 SLR

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

### AFFIRMED

ENTERED BY ORDER OF THE COURT

DATED MAY 2 6 2006

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Date: Jun 16, 2006
By: [signature]

ISSUED AS A MANDATE: JUN 1 6 2006