IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC. (formerly known as SCIMED LIFE SYSTEMS, INC.), and MEDINOL, LTD., <br><br> Defendants. | C.A. No. 98-478 (SLR) |
| MEDTRONIC VASCULAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC. (formerly known as SCIMED LIFE SYSTEMS, INC.), <br><br> Defendants. | C.A. No. 04-034 (SLR) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED *AND* AGREED by and between Medtronic Vascular, Inc. ("Medtronic"), Boston Scientific Corporation and Boston Scientific Scimed, Inc. (collectively, "BSC") and Medinol, Ltd. ("Medinol") that any bill of costs and any motion for attorneys fees submitted by BSC and/or Medinol in connection with Medtronic's infringement claims related to U.S. Patent Nos. 5,292,331, 5,674,278, 5,879,382, and 6,344,053 will be timely

submitted if filed by the later of fourteen days after: (1) entry of final judgment on BSC's antitrust counterclaims; and (2) issuance of the mandate in any appeal therefrom. It is further stipulated that any such bill or motion will be filed by the respective prevailing party only after the issuance of such a mandate, unless no appeal is taken, in which case any such bill or motion will be deemed timely if filed within fourteen days after the deadline for filing a notice of appeal.

DATED: June 30, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

____/s/ Karen Jacobs Louden_____
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
klouden@mnat.com
Attorneys for Plaintiff Medtronic Vascular, Inc.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
kkeller@ycst.com
Attorneys for Defendants Boston Scientific Corporation, Scimed Life Systems, Inc., and Boston Scientific Scimed, Inc.

THE BAYARD FIRM

_/s/ Richard D. Kirk_____
Richard D. Kirk (#922)
222 Delaware Ave.
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for Defendant Medinol, Ltd.

    IT IS SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge Robinson