IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDTRONIC VASCULAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C. A. No. 98-478 (SLR) |
| | ) | |
| BOSTON SCIENTIFIC CORP., and BOSTON SCIENTIFIC SCIMED, INC. (formerly known As Scimed Life Systems, Inc.), and MEDINOL LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| MEDTRONIC VASCULAR, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-034 (SLR) |
| | ) | |
| BOSTON SCIENTIFIC CORPORATION, and BOSTON SCIENTIFIC SCIMED, INC. (formerly known as SCIMED LIFE SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AMENDING PROTECTIVE ORDER**

IT IS HEREBY STIPULATED by the parties hereto, subject to Court approval, that the Protective Order filed June 12, 2000 (D.I. 45 in C.A. No. 98-478), signed by the Court on June 14, 2000, and amended on June 12, 2001 (D.I. 73), is further amended to replace paragraph 4(a) with the following new paragraph 4(a):

"4(a).  Pillsbury Winthrop Shaw Pittman LLP; Morgan, Lewis & Bockius, LLP, McDermott, Will & Emery; and Morris, Nichols, Arsht & Tunnell LLP, attorneys of record for AVE, and their stenographic, clerical and paralegal employees whose duties and responsibilities require access to such materials;"

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR |
|---|---|
| */s/ Karen Jacobs Louden* | */s/ Karen Elizabeth Keller* |
| _____ | _____ |
| Karen Jacobs Louden (#2881) | Josy W. Ingersoll (#1088) |
| klouden@mnat.com | Karen Elizabeth Keller (#4489) |
| Leslie A. Polizoti (#4299) | kkeller@ycst.com |
| 1201 N. Market St. | 1000 West Street, 17th Floor |
| P.O. Box 1347 | P.O. Box 391 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| (302) 658-9200 | (302) 571-6600 |
|   Attorneys for plaintiff Medtronic Vascular, Inc. |   Attorneys for defendants Boston Scientific Corp. and Boston Scientific Scimed, Inc. |

OF COUNSEL:
George M. Sirilla
William P. Atkins
PILLSBURY WINTHROP SHAW
  PITTMAN LLP
1640 Tysons Boulevard
McLean, VA  22102
(703) 770-7900

Raphael V. Lupo
James G. Rizzo
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC  20005
(202) 756-8000

Fay M. Morisseau
Matthew F. Weil
Michael R. O'Neill
David M. Stein
MCDERMOTT WILL & EMERY LLP
18191 Von Karman Ave., Ste. 400
Irvine, CA  92612-7107
(949) 851-0633

OF COUNSEL:
Albert J. Breneisen
Douglas E. Ringel
KENYON & KENYON
One Broadway
New York, NY  10019
(212) 425-7200

John M. Desmarais
Robert A. Appleby
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY  10022
(212) 446-4800

THE BAYARD FIRM

*/s/ Richard D. Kirk*

_____
Richard D. Kirk (#922)
rkirk@bayardfirm.com
222 Delaware Avenue, St. 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
  Attorneys for defendant Medinol, Ltd.

                        OF COUNSEL:
                        Christopher A. Hughes
                        Richard C. Komson
                        MORGAN & FINNEGAN LLP
                        Three World Financial Center
                        New York, NY   10281
                        (212) 415-8700

SO ORDERED this _____ day of _____, 2006.

_____
                    Robinson, C.J.

528109