IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 98-478-SLR |
| ) | |
| BOSTON SCIENTIFIC CORP., ) | |
| BOSTON SCIENTIFIC SCIMED, ) | |
| INC. (formerly known as ) | |
| SCIMED LIFE SYSTEMS, INC. ) | |
| and MEDINOL, LTD., ) | |
| ) | |
| Defendants. ) | |
| MEDTRONIC VASCULAR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-034-SLR |
| ) | |
| BOSTON SCIENTIFIC CORP., ) | |
| BOSTON SCIENTIFIC SCIMED, ) | |
| INC. (formerly known as ) | |
| SCIMED LIFE SYSTEMS, INC. ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 20th day of September, 2007, there having been no activity in the above captioned cases since August 2, 2006;

IT IS ORDERED that on or before **September 30, 2007**, a party shall inform the court of its intention to pursue antitrust counterclaims in either of the above captioned

cases or said cases shall be closed.  FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THESE ACTIONS.

_____
United States District Judge