**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MEDTRONIC VASCULAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 98-478-SLR |
| | ) | |
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC SCIMED, INC. (formerly known as SCIMED LIFE SYSTEMS, INC.), and MEDINOL, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MEDTRONIC VASCULAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-034-SLR |
| | ) | |
| BOSTON SCIENTIFIC CORPORATION, and BOSTON SCIENTIFIC SCIMED, INC. (formerly known as SCIMED LIFE SYSTEMS, INC.), | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER EXTENDING TIME TO FILE BILL OF COSTS**

WHEREAS, the Court approved a stipulation on July 11, 2006 (D.I. 365 in C.A. No. 98-478-SLR, and D.I. 181 in C.A. No. 04-034-SLR) providing that any bill of costs submitted by defendants will be timely submitted if filed by the later of fourteen days after (1) entry of final judgment on BSC's antitrust counterclaims and (2) issuance of the mandate in any appeal therefrom; and

673467-1

WHEREAS, final judgment on BSC's antitrust counterclaim was entered on October 8, 2007 (D.I. 368 in C.A. No. 98-478-SLR, and D.I. 184 in C.A. No. 04-034-SLR); and

WHEREAS, defendants find that they need additional time to submit bills of costs and Medtronic does not object to a reasonable extension of time relating solely to bills of costs pursuant to Fed. R. Civ. P. 54(d)(1) and D. Del. LR 54.1;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and among the parties hereto and subject to the approval of the Court, that any bills of costs submitted by defendants pursuant to Fed. R. Civ. P. 54(d)(1) and D. Del. LR 54.1 on or before November 6, 2007 will be deemed timely filed.

October 22, 2007

| MORRIS, NICHOLS ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Karen Jacobs Louden (kl2881)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>*Attorney for Plaintiff* | /s/ KarenL. Pascale (kp2903)<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>(302) 571-6700<br>*Attorney for Defendants Boston Scientific Corporation, Boston Scientific Scimed, Inc. (formerly known as Scimed Life Systems, Inc.)* |

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
(302) 655-5000
*Attorney for Defendant Medinol, Ltd.*

SO ORDERED

_____
United States District Judge

673467-1