IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 98-478-SLR |
| ) | |
| BOSTON SCIENTIFIC CORPORATION, ) | |
| SCIMED LIFE SYSTEMS, INC., ) | |
| BOSTON SCIENTIFIC SCIMED, INC., ) | |
| and MEDINOL, LTD. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that Medinol, Ltd.'s counsel *pro hac vice*, Christopher A. Hughes and Dorothy R. Auth, formerly of Morgan & Finnegan, LLP, have changed firm affiliation. Their new firm and address are as follows:

> Christopher A. Hughes
> Dorothy R. Auth
> CADWALADER WICKERSHAM & TAFT LLP
> One World Financial Center
> New York, NY 10281

Please adjust your service lists accordingly.

November 5, 2007

OF COUNSEL:
CADWALADER WICKERSHAM & TAFT LLP
Christopher A. Hughes
Dorothy R. Auth
One World Financial Center
New York, NY 10281

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
Attorneys for defendant,
Medinol, Ltd.

674924-1