IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC VASCULAR, INC.<br><br>                         Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORP., et al.,<br><br>                         Defendants. | C.A. No. 98-478-SLR |

### DEFENDANT MEDINOL LTD.'S BILL OF COSTS

Pursuant to Fed. R. Civ. P. 54, L.R. 54.1 and 28 U.S.C. §1924, Defendant Medinol Ltd., as the prevailing party in the above-captioned litigation, hereby submits this Bill of Costs and accompanying Affidavit of Christopher A. Hughes (hereinafter "Hughes Affidavit"):

**I.   Depositions**

Local Rule 54.1(b)(3) provides that a prevailing party is entitled to deposition costs such as a "reporter's reasonable charge for the original and one copy of a deposition and the reasonable cost of taking a deposition electronically or magnetically recorded" when "a substantial portion of the deposition is used in the resolution of a material issue in the case." As stated in the accompanying Hughes Affidavit, the following costs were associated with depositions that were used in the resolution of a material issue in the case:

| Date | Witness | Vendor | Invoice No. | Fee |
|---|---|---|---|---|
| 3/17/04 | Jeffrey Allen | Spherion | 5378107798 | 496.50 |
| 3/17/04 | Jeffrey Allen (shipping) | Spherion | 5378107798A | 30.00 |
| 3/18/04 | Jeffrey Allen | Spherion | 5378107804 | 840.00 |
| 3/19/04 | Jeffrey Allen | Spherion | 5378107810 | 802.75 |

| Date | Witness | Vendor | Invoice No. | Fee |
|---|---|---|---|---|
| 4/19/04 | Michael Bonneau | Spherion | 5378108273 | 319.50 |
| 4/20/04 | Michael Bonneau | Spherion | 5378108282 | 419.40 |
| 4/21/04 | Michael Boneau | Spherion | 5378108293 | 96.00 |
| 4/21/04 | Michael Boneau | Spherion | 5378108299 | 543.60 |
| 4/22/04 | Michael Boneau | Spherion | 5378108261 | 369.60 |
| 4/19-4/22 | Boneau CDs | Spherion | 5378111482 | 1455.00 |
| 5/6/04 | Bradley Jendersee | Spherion | 5378108922 | 1273.90 |
| 5/7/04 | Bradley Jendersee | Spherion | 5378108948 | 1198.10 |
| 5/3/04 | Robert Lashinski | Spherion | 5378108557 | 645.60 |
| 5/4/04 | Robert Lashinski | Spherion | 5378108587 | 466.50 |
| 7/28/04 | Sunil Saigal | Spherion | 5378109609 | 799.50 |
| 7/29/04 | Sunil Saigal | Spherion | 5378109687 | 716.40 |
| 7/30/04 | Sunil Saigal | Spherion | 5378109614 | 1278.10 |
| 8/10/04 | Sunil Saigal | Spherion | 5378109695 | 668.40 |
| 7/19/04 | Robert Wagoner | Spherion | 5378109912 | 784.50 |
| 7/20/04 | Robert Wagoner | Spherion | 5378109483 | 759.00 |
| 7/22/04 | Robert Wagoner | Spherion | 5378109459 | 549.30 |
| 7/23/04 | Robert Wagoner | Spherion | 5378109465 | 1258.55 |

**Total Deposition Costs**                                                    **$15,770.20**

## II.     Copies of Exhibits

Local Rule 54.1(b)(5) provides that a prevailing party is entitled to "[t]he cost of copies of an exhibit necessarily attached to a document required to be filed and served" and the cost of a document that is "admitted into evidence." As stated in the accompanying Hughes Affidavit, the following costs are Medinol's portion of costs that were incurred in the preparation of demonstrative exhibits and the presentation of exhibits during the Markman Hearing held in October 2004 to determine claim construction:

| Vendor | Invoice No. | Description | Date | Fee |
|---|---|---|---|---|
| FTI | 7102116 | Reimburse Finnegan, Henderson, Farabow, Garrett & Dunner | 11/15/04 | 13179.98 |
| Skyline | IN023528 | Preparation of TIFF images from various depositions | 3/15/04 | 4963.99 |

**Total Cost for Exhibits**                                                    **$18,143.97**

III.   **Prior Art Patents and Patent File Wrappers**

Local Rule 54.1(b)(5) provides that a prevailing party is entitled to "[t]he cost of copies of an exhibit necessarily attached to a document required to be filed and served." This rule provides for the cost of patent file wrappers and prior art patents at the rate charged by the Patent Office. As stated in the accompanying Hughes Affidavit, the following costs were incurred as an exhibit necessarily attached to a document required to be filed and served:

| Filing Date | Patent No. | Exhibit No. and Notes | Rate Charged by USPTO |
|---|---|---|---|
| 9/21/04 | 5,292,331 | Exhibit 2 of Defendants' Answer | 55.00 |

**Total Cost for Prior Art Patents and File Wrappers**          **$55.00**


**TOTAL TAXABLE COSTS**                                          **$33,969.17**

WHEREFORE, Medinol Ltd. respectfully requests that the Clerk grant Defendant Medinol Ltd.'s Bill of Costs as expressly set forth hereinabove.

November 6, 2007

THE BAYARD FIRM

*/s/ Richard D. Kirk*
Richard D. Kirk (#922)
Stephen B. Brauerman
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com

Counsel for Defendant Medinol Ltd.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 6, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Josy Ingersoll, Esquire
Karen Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801

Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand, on November 6, 2007, to the above counsel.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

585275-1