IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC VASCULAR, INC.<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORP., et al.,<br><br>Defendants. | C.A. No. 98-478-SLR |

## AFFIDAVIT OF CHRISTOPHER A. HUGHES IN SUPPORT OF DEFENDANT MEDINOL LTD.'S BILL OF COSTS PURSUANT TO 28 U.S.C. §1924

I, Christopher A. Hughes, hereby state and declare as follows:

1.    I am counsel of record for Defendant Medinol Ltd. (hereinafter "Medinol"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would testify truthfully to them.

2.    I have reviewed each item on the Bill of Costs filed herewith and to the best of my knowledge, information and belief, declare that I believe that each item is correct and was necessarily incurred in the above-captioned case and that the services for which fees have been charged were actually and necessarily performed.

3.    The testimony of each of the deponents listed in Defendant Medinol's Bill of Costs was relied upon in both of Defendants' Briefs submitted to the Court for claim construction and summary judgment. In the Court's Memorandum Opinion granting summary judgment to Defendants, the Court relied on "the various motions on the issue of claim construction and the oral arguments" presented for and during the *Markman* Hearing. (*See* Memorandum Opinion of the United States District Court for the District of Delaware, Civ. No.

98-478-SLR, page 5, D.I. 339.)    Defendants submitted two briefs on the issue of claim construction, (1) Defendants' Opening Brief on Claim Construction Issues (hereinafter "Defendants' Brief"), D.I. 256 and 257, filed August 13, 2004; and (2) Defendants' Answering Brief in Response to Medtronic Vascular's Opening *Markman* Brief on the Disputed Claims of the Boneau Patents (hereinafter "Defendants' Answer"), D.I. 278 and 279, filed September 21, 2004.

4.      The deposition of Jeffrey Allen dated March 17, 2004 was relied upon in Defendants' Answer to determine the meaning of the claim term "generally sinusoidally-shaped". (*See* Defendants' Answer, pages 37-38, D.I. 278 and 279.). Mr. Allen was deposed on three consecutive days, March 17-19, 2004. Medinol is entitled to the costs associated with all three days of testimony since these days constitute one deposition which was relied upon in the resolution of a material issue in the case, *i.e.*, the claim constructions of the patents-in-suit.

5.      The deposition of Michael Boneau dated April 20 and 21, 2004 was relied upon in Defendants' Brief and Defendants' Answer to determine the meaning of the claim term "stent". (*See* Defendants' Brief, pages 25-26, D.I. 256 and 257; Defendants' Answer, pages 5-6 and 25, D.I. 278 and 279.) Mr. Boneau was deposed on four consecutive days, April 19-22, 2004. Medinol is entitled to the costs associated with all four days of testimony since these days constitute one deposition which was relied upon in the resolution of a material issue in the case, *i.e.*, the claim constructions of the patents-in-suit. Additionally, the testimony from April 20, 2007 was also relied upon to determine the meaning of the following claim terms: "circular member" (*See* Defendants' Answer, page 24, D.I. 278 and 279.), "ring" (*See* Defendants' Answer, pages 26-27, D.I. 278 and 279.), and "no segment overlapping" and "non-overlapping segments" (*See* Defendants' Answer, page 37, D.I. 278 and 279.). Since Mr. Boneau is the inventor of all of the patents-in-suit, his testimony was particularly important and thus recorded

by both stenographic and videographic means.  Medinol should recover the cost of both recordings, thus the cost of the videographic recording (listed in the Bill of Costs as "Boneau CDs") has also been submitted.

6.    The deposition of Bradley Jendersee dated May 6, 2004 was relied upon in Defendants' Answer to rebut Medtronic's argument for the interpretation of the claim term "stent" (*See* Defendants' Answer, pages 6-7, D.I. 278 and 279.).  Mr. Jendersee was deposed on two consecutive days, May 6-7, 2004.  Medinol is entitled to the costs associated with both days of testimony since these days constitute one deposition which was relied upon in the resolution of a material issue in the case, *i.e.*, the claim constructions of the patents-in-suit.

7.    The deposition of Robert Lashinski dated May 3, 2004 was relied upon in Defendants' Brief to determine the meaning of the claim term "wire-like" (*See* Defendants' Brief, page 34, D.I. 256 and 257.).  Mr. Lashinski was deposed on two consecutive days, May 3-4, 2004.  Medinol is entitled to the costs associated with both days of testimony since these days constitute one deposition which was relied upon in the resolution of a material issue in the case, *i.e.*, the claim constructions of the patents-in-suit.

8.    The deposition of Sunil Saigal dated July 29, 2004 was relied upon in Defendants' Brief to determine the meaning of the claim term "wire-like" (*See* Defendants' Brief, pages 31-33, D.I. 256 and 257.).  Additionally, the testimony of Mr. Saigal from July 30, 2007 was also relied upon to determine the meaning of the following claim terms: "stent" (*See* Defendants' Brief, page 25, D.I. 256 and 257.), "substantially straight segments [having] ends [that are] connected" (*See* Defendants' Brief, page 29, D.I. 256 and 257.), and "no segment overlapping" and "non-overlapping segments" (*See* Defendants' Brief, page 38, D.I. 256 and 257.).  Mr. Saigal was deposed on three consecutive days, July 28-30, 2004.  Medinol is entitled to the costs associated with all three days of testimony since these days constitute one deposition

which was relied upon in the resolution of a material issue in the case, *i.e.*, the claim constructions of the patents-in-suit. Furthermore, Mr. Saigal was again deposed on August 10, 2004. Defendants' relied upon Mr. Saigal's testimony from this deposition in Defendants' Answer to determine the meaning of the claim term "generally sinusoidally-shaped" (*See* Defendants' Answer, pages 37-38, D.I. 278 and 279.).

   9. The deposition of Robert Wagoner dated July 19, 2004 was relied upon in Defendants' Brief to determine the meaning of the claim term "substantially straight segments [having] ends [that are] connected" (*See* Defendants' Brief, page 29, D.I. 256 and 257.) Additionally, the testimony of Mr. Wagoner dated July 22, 2004 was relied upon in Defendants' Answer to determine the meaning of the claim term "circular member" (*See* Defendants' Answer, page 22, D.I. 278 and 279.). Defendants' Answer also relied upon the July 23, 2004 testimony of Mr. Wagoner to determine the meaning of the claim term "stent" (*See* Defendants' Answer, pages 12-13, D.I. 278 and 279.). Mr. Wagoner was deposed on four days, July 19-20, 2004 and July 22-23, 2004. Medinol is entitled to the costs associated with all four days of testimony since these days constitute one deposition which was relied upon in the resolution of a material issue in the case, *i.e.*, the claim constructions of the patents-in-suit.

   10. There were many exhibits that were presented during the October 2004 *Markman* Hearing that was held for purposes of determining the claim constructions. The Court relied on the oral arguments presented at this hearing to determine claim construction of the patents-in-suit, which in turn, led to the Court's grant of summary judgment of non-infringement of all patents-in-suit. The invoice from FTI represents costs associated with the generation of demonstrative exhibits and presentation of these materials and exhibits during this hearing. Because several Defendants shared the costs of the FTI presentation, Medinol only paid a portion of these charges. Medinol has submitted a copy of an email from Andy Holtman (co-counsel) to

Israel Blum (Medinol's counsel) dated February 23, 2005 which details the distribution of these charges among the defendants. This email states that Medinol's portion of the costs is $13,179.98. Medinol has also submitted a copy of counsel's accounting department paperwork approving the payment of this amount to Finnegan, Henderson, Farabow, Garrett & Dunner (co-counsel), as well as a copy of the bill received from counsel showing this cost. Additionally, exhibits were prepared by Skyline for use at this hearing. These exhibits were TIFF images that were prepared from several of the depositions that were taken and used to support Defendants' claim construction. Medinol has submitted a copy of the invoice associated with the preparation of these exhibits.

11.    U.S. Patent 5,292,331 (hereinafter "'331 Patent") was submitted as Exhibit 2 of Defendants' Answer that was filed with the Court on September 21, 2004. The file history of the '331 Patent was relied upon in Defendants' Answer to determine the claim term "substantially straight segments [having] ends [that are] connected" (*See* Defendants' Answer, pages 32-35, D.I. 278 and 279.). Medinol has submitted a copy of the bill received from counsel showing the cost associated with ordering this patent from the United States Patent & Trademark Office.

I declare under penalty of perjury that to the best of my knowledge, information and belief, the foregoing statements are true and correct.

Executed on November 5, 2007 in New York, NY.

_____
Christopher A. Hughes

Sworn to and subscribed

before me this 5th day of November, 2007.

_____
Notary Public

LINDA RICCI
Notary Public, State of New York
No. 01RI6042100
Qualified in New York County
Commission Expires May 15, 2015

# INVOICE

# spherion.

RECEIVED

JUN 14 2004

M&F ACCTG DEPT.

ATTN.: Steven F. Meyer, Esq.
Morgan & Finnegan
345 Park Avenue
New York, NY 10154-0053

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378107798 | 4/22/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:** Morg02      **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 3767 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Allen, Jeffrey**                    **Job Date(s):**  3/17/2004

ONE COPY OF THE TRANSCRIPT (331 Pgs. @ 1.50 / PAGE )                    $496.50
*reduced copy rate*

LIVENOTE CHARGES - PAGE                    $496.50

*← I didn't have Live Note*

ASCII DISKETTE - UNIT                    $0.00
*no charge*

CONDENSED TRANSCRIPT - UNIT                    $0.00
*no charge*

SHIPPING & HANDLING                    $30.00

Voucher No. _____
Entered by _____

Total Sales Tax:                    $0.00
Total Amount Due:                    $1,023.00

*Pay only $496.50*

*Steve Meyer*

*4303 - 4043*

**Due Upon Receipt**

| Please pay this amount: | $1,023.00 |
|---|---|

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

*v. 4.10.00*

# INVOICE

# spherion ℠

ATTN.: Steven F. Meyer, Esq.
Morgan & Finnegan
Three World Financial Center
20th floor
New York, NY 10281-2101

| Invoice # | Invoice Date |
|---|---|
| 5378107798 | 4/22/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186
Please make check payable to: Spherion Corporation

**Firm ID:** Morg02      **Client Ref:**

| Job Number | Job Date | Case Number | Case Name |
|---|---|---|---|
| 3767 | 3/17/2004 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Allen, Jeffrey**

ONE COPY OF THE TRANSCRIPT (331 Pgs. @ 1.50 / PAGE )          $496.50
 *reduced copy rate*

LIVENOTE CHARGES - PAGE                                       $496.50

ASCII DISKETTE - UNIT                                           $0.00
 *no charge*

CONDENSED TRANSCRIPT - UNIT                                     $0.00
 *no charge*

SHIPPING & HANDLING                                            $30.00

| | |
|---|---|
| **Sales Tax:** | $0.00 |
| **Payments:** | $496.50 |
| **Adjustments:** | ($496.50) |

Voucher No. _____
Entered by _____

**Due Upon Receipt**

**Total Amount Due:**          $30.00

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

# INVOICE

**RECEIVED**

JUN 14 2004

M&F ACCTG DEPT.



ATTN.: Steven F. Meyer, Esq.
Morgan & Finnegan
345 Park Avenue
New York, NY 10154-0053

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378107804 | 4/22/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:**   Morg02       **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 3768 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Allen, Jeffrey**                                    **Job Date(s):**   3/18/2004

| | |
|---|---|
| ONE COPY OF THE TRANSCRIPT (280 Pgs. @ 1.50 / PAGE ) | $420.00 |
| *reduced copy rate* | |
| ASCII DISKETTE - UNIT | $0.00 |
| *no charge* | |
| CONDENSED TRANSCRIPT - UNIT | $0.00 |
| *no charge* | |
| SHIPPING & HANDLING | $0.00 |
| *no charge - sent with previous transcript* | |
| LIVENOTE CHARGES - PAGE | $420.00 |

Voucher No. _____
Entered by _____

| | |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$840.00** |

*O K   to pay*

*4303 - 4043*

*Steve Meyer*

**Due Upon Receipt**

| Please pay this amount: | **$840.00** |
|---|---|

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

*v. 4.10.00*

# INVOICE



**RECEIVED**

JUN 1 4 2004

M&F ACCTG DEPT.

ATTN.: Steven F. Meyer, Esq.
Morgan & Finnegan
345 Park Avenue
New York, NY 10154-0053

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378107810 | 4/22/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:**  Morg02      **Client Ref:**

V-66663

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 3769 | 9880SLR | Medtronic v. Advanced Cardiovascular |
| Allen, Jeff | | |

**Job Date(s):**  3/19/2004

| | |
|---|---|
| ONE COPY OF THE TRANSCRIPT (281 Pgs. @ 1.50 / PAGE )<br>*reduced copy rate* | $421.50 |
| ASCII DISKETTE - PAGE<br>*rough ASCII* | $351.25 |
| ASCII DISKETTE - UNIT<br>*no charge* | $0.00 |
| CONDENSED TRANSCRIPT - UNIT<br>*no charge* | $0.00 |
| SHIPPING & HANDLING | $30.00 |

Voucher No. _____
Entered by _____

| | |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$802.75** |

*OK to pay*
*4303 - 4043*
*Steve Meyer*

**Due Upon Receipt**

| Please pay this amount: | **$802.75** |
|---|---|

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

# INVOICE



spherion℠

ATTN.: Israel Blum, Esq.
Morgan & Finnegan
345 Park Avenue
New York, NY 10154-0053

**RECEIVED**

JUN – 8 2004

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378108273 | 5/22/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

**Firm ID:**   Morg02        **Client Ref:**        M&F ACCTG **DEPT.**

Please make check payable to: Spherion Corporation

| Job Number | Case Number | Case Name |
|-----------|-------------|-----------|
| 3925 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Bonneau, Michael D. (VIII)**                    **Job Date(s):**   4/19/2004

ONE COPY OF THE TRANSCRIPT (193 Pgs. @ 1.50 / PAGE )          $289.50
*reduced copy rate*

ASCII DISKETTE - UNIT                                          $0.00
*no charge*

CONDENSED TRANSCRIPT - UNIT                                    $0.00
*no charge*

SHIPPING & HANDLING                                           $30.00

OK *ABlum*
6/3/04

4303-4043

| | |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$319.50** |

Voucher No. _____
Entered by _____

# Due Upon Receipt

| Please pay this amount: | $319.50 |
|---|---|

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

*v. 4.10.00*

# INVOICE



**spherion** SM

ATTN.: Israel Blum, Esq.
Morgan & Finnegan
345 Park Avenue
New York, NY 10154-0053

**RECEIVED**

JUN 8 2004

**M&F ACCTG DEPT.**

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378108282 | 5/22/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:** Morg02        **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 3926 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Bonneau, Michael (Vol IX)**        **Job Date(s):** 4/20/2004

| | |
|---|---|
| ONE COPY OF THE TRANSCRIPT (235 Pgs. @ 1.50 / PAGE )<br>*reduced copy rate* | $352.50 |
| ASCII DISKETTE - UNIT<br>*no charge* | $0.00 |
| CONDENSED TRANSCRIPT - UNIT<br>*no charge* | $0.00 |
| EXHIBITS (123 Pgs. @ 0.30 / PAGE ) | $36.90 |
| SHIPPING & HANDLING | $30.00 |

OK Blum
6/3/04

4203-4043

| | |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$419.40** |

Voucher No. _____
Entered by _____

**Due Upon Receipt**

| Please pay this amount: | **$419.40** |
|---|---|

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

# INVOICE



ATTN.: Israel Blum, Esq.
Morgan & Finnegan
345 Park Avenue
New York, NY 10154-0053

**RECEIVED**

JUN - 8 2004

**M&F ACCTG DEPT.**

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378108293 | 5/22/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:** Morg02     **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 3929 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Bonneau, Michael (Vol X)**     **Job Date(s):** 4/21/2004

| | |
|---|---|
| ONE COPY OF THE TRANSCRIPT (44 Pgs. @ 1.50 / PAGE )<br>*reduced copy rate* | $66.00 |
| ASCII DISKETTE - UNIT<br>*no charge* | $0.00 |
| CONDENSED TRANSCRIPT - UNIT<br>*no charge* | $0.00 |
| SHIPPING & HANDLING | $30.00 |

ok RBBlum
6/3/04
43303-4043

| | |
|---|---|
| **Total Sales Tax:** | $0.00 |
| **Total Amount Due:** | $96.00 |

Voucher No. _____
Entered by _____

**Due Upon Receipt**

| Please pay this amount: | $96.00 |
|---|---|

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

*v. 4.10.00*

# INVOICE



**ATTN.:** Israel Blum, Esq.
Morgan & Finnegan
345 Park Avenue
New York, NY 10154-0053

RECEIVED

JUN - 8 2004

M&F ACCTG DEPT.

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378108299 | 5/22/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:**    Morg02        **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 3927 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Bonneau, Michael (Vol XI)**                    **Job Date(s):**   4/21/2004

| | |
|---|---|
| ONE COPY OF THE TRANSCRIPT (318 Pgs. @ 1.50 / PAGE ) <br> *reduced copy rate* | $477.00 |
| ASCII DISKETTE - UNIT <br> *no charge* | $0.00 |
| CONDENSED TRANSCRIPT - UNIT <br> *no charge* | $0.00 |
| EXHIBITS (122 Pgs. @ 0.30 / PAGE ) <br> *to DC* | $36.60 |
| SHIPPING & HANDLING | $30.00 |

*OK PBlum 6/3/04*

*4303-4043*

**Total Sales Tax:**    $0.00
**Total Amount Due:**    **$543.60**

Voucher No. _____
Entered by _____

# Due Upon Receipt

| Please pay this amount: | **$543.60** |
|---|---|

## Service provided by: Henderson Legal Services
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

# INVOICE



ATTN.: Israel Blum, Esq.
Morgan & Finnegan
345 Park Avenue
New York, NY 10154-0053

**RECEIVED**

JUN 8 2004

M&F ACCTG DEPT.

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378108261 | 5/22/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:**  Morg02    **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 3930 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Bonneau, Michael (Vol XI-day2)**          **Job Date(s):**  4/22/2004

ONE COPY OF THE TRANSCRIPT (139 Pgs. @ 1.50 / PAGE )                    $208.50
  *reduced copy rate*

ASCII DISKETTE - UNIT                                                   $0.00
  *no charge*

CONDENSED TRANSCRIPT - UNIT                                             $0.00
  *no charge*

EXHIBITS (437 Pgs. @ 0.30 / PAGE )                                      $131.10

SHIPPING & HANDLING                                                     $30.00

_____

**Total Sales Tax:**    $0.00
**Total Amount Due:**   $369.60

4303-4043

Voucher No. _____
Entered by _____

# Due Upon Receipt

Please pay this amount:                                              **$369.60**

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

# INVOICE

RECEIVED

NOV 8 2004

MORGAN & FINNEGAN LLP

## spherion. sm

ATTN.: Nicholas Ritzmann
Morgan & Finnegan
Three World Financial Center
20th floor
New York, NY 10281-2101

| Invoice # | Invoice Date |
|---|---|
| 5378111482 | 10/28/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:** Morg02     **Client Ref:** 4303 - 4043

| Job Number | Case Number | Case Name |
|---|---|---|
| 1-66663  4745 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**CD - Bonneau - all four days**     **Job Date(s):** 4/19/2004

| | |
|---|---|
| MEDIA<br>*5 CD's for April 19, 2004* | $375.00 |
| MEDIA<br>*6 CD's for April 20, 2004* | $450.00 |
| MEDIA<br>*6 CD's for April 21, 2004* | $450.00 |
| MEDIA<br>*2 CD's for April 22, 2004* | $150.00 |
| SHIPPING & HANDLING | $30.00 |

Voucher No. _____

Entered by _____

| | |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$1,455.00** |

# Due Upon Receipt

| Please pay this amount: | $1,455.00 |
|---|---|

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

# INVOICE

**spherion**.

ATTN.: Dorothy R. Auth, Esq.
Morgan & Finnegan
Three World Financial Center
20th floor
New York, NY 10281-2101

RECEIVED

SEP - 8 2004

M&F ACCTG DEPT.

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378108922 | 6/26/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:** Morg02      **Client Ref:**

| Job Number | Job Date | Case Number | Case Name |
|------------|----------|-------------|-----------|
| 4011 | 5/6/2004 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Jendersee, Bradley**

| | |
|---|---|
| ONE COPY OF THE TRANSCRIPT (398 Pgs. @ 1.50 / PAGE ) | $597.00 |
| *Reduced copy rate* | |
| ASCII DISKETTE - PAGE | $497.50 |
| *Rough draft of transcript* | |
| ASCII DISKETTE - UNIT | $0.00 |
| *No charge* | |
| CONDENSED TRANSCRIPT - UNIT | $0.00 |
| *No charge* | |
| EXHIBITS (498 Pgs. @ 0.30 / PAGE ) | $149.40 |
| SHIPPING & HANDLING | $30.00 |

| | |
|---|---|
| Sales Tax: | $0.00 |
| Payments: | $0.00 |
| Adjustments: | $0.00 |

Voucher No. _____
Entered by _____

## Due Upon Receipt

**Total Amount Due:**      **$1,273.90**

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

# INVOICE



**spherion**℠

ATTN.: Dorothy R. Auth, Esq.
Morgan & Finnegan
345 Park Avenue
New York, NY 10154-0053

RECEIVED
JUL 07 2004
M&F ACCTG. DEPT.

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378108948 | 6/26/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186
Please make check payable to: Spherion Corporation

**Firm ID:**  Morg02      **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 4012 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Jendersee, Bradley**                    **Job Date(s):**   5/7/2004

| | |
|---|---:|
| APPEARANCE FEE | $25.00 |
| ORIGINAL & ONE COPY OF THE TRANSCRIPT (138 Pgs. @ 3.70 / PAGE ) | $510.60 |
| *Expedited 3-5 business day delivery* | |
| ASCII DISKETTE - PAGE | $172.50 |
| *Rough draft of transcript* | |
| ASCII DISKETTE - UNIT | $0.00 |
| *No charge* | |
| CONDENSED TRANSCRIPT - UNIT | $0.00 |
| *No charge* | |
| VIDEOTAPE SERVICES | $325.00 |
| *Set up, first 2 hours* | |
| VIDEOTAPE SERVICES | $95.00 |
| *1 additional hour* | |
| VIDEOTAPE SERVICES | $40.00 |
| *Tape stock* | |
| SHIPPING & HANDLING | $30.00 |

Voucher No. _____
Entered by _____

| | |
|---|---:|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$1,198.10** |

# Due Upon Receipt

| Please pay this amount: | $1,198.10 |
|---|---|



**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

*v. 4.10.00*

# INVOICE



ATTN.: Richard C. Komson, Esq.
Morgan & Finnegan
345 Park Avenue
New York, NY 10154-0053

**RECEIVED**

JUN 16 2004

M&F ACCTG **DEPT.**



| Invoice # | Invoice Date |
|---|---|
| 5378108557 | 6/11/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:**    Morg02       **Client Ref:**

| Job Number | Case Number | Case Name |
|---|---|---|
| 4001 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Lashinski, Robert**          **Job Date(s):**    5/3/2004

APPEARANCE FEE                                                      $30.00

ONE COPY OF THE TRANSCRIPT (319 Pgs. @ 1.50 / PAGE )                $478.50
  *Reduced copy rate*

ASCII DISKETTE - UNIT                                               $0.00
  *No charge*

CONDENSED TRANSCRIPT - UNIT                                         $0.00
  *No charge*

EXHIBITS (357 Pgs. @ 0.30 / PAGE )                                  $107.10

| Voucher No. _____ |
| Entered by _____ |

SHIPPING & HANDLING                                                 $30.00

| | |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$645.60** |

*Medtronic
4303-4043
6/18/04
PGC*

## Due Upon Receipt

| Please pay this amount: | **$645.60** |
|---|---|

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

# INVOICE



spherion sm

ATTN.: Richard C. Komson, Esq.
Morgan & Finnegan
345 Park Avenue
New York, NY 10154-0053

RECEIVED

JUN 23 2004

M&F ACCTG DEPT.

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378108587 | 6/14/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:**    Morg02        **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 4002 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Lashinski, Robert**

**Job Date(s):**    5/4/2004

| | |
|---|---|
| APPEARANCE FEE | $30.00 |
| ONE COPY OF THE TRANSCRIPT (291 Pgs. @ 1.50 / PAGE ) | $436.50 |
| *Reduced copy rate* | |
| ASCII DISKETTE - UNIT | $0.00 |
| *No charge* | |
| CONDENSED TRANSCRIPT - UNIT | $0.00 |
| *No charge* | |
| SHIPPING & HANDLING | $0.00 |
| *Shipped with previous transcript* | |

| | |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$466.50** |

Voucher No. _____
Entered by _____

*RCK*
*4303-4043*
*medtronic*
*6/22/04*

## Due Upon Receipt

| Please pay this amount: | $466.50 |
|---|---|

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

# INVOICE



ATTN.: Steven F. Meyer, Esq.
Morgan & Finnegan
Three World Financial Center
New York, NY 10281-2101



**RECEIVED**

APR - 6 2004

**M&F ACCTG DEPT.**

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378109609 | 8/8/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:**   Morg02   **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 4338 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Saigal, Ph.D., Sunil**   **Job Date(s):**   7/28/2004

| | |
|---|---|
| ONE COPY OF THE TRANSCRIPT (349 Pgs. @ 1.50 / PAGE ) <br> *reduced copy rate* | $523.50 |
| CONDENSED TRANSCRIPT - UNIT <br> *no charge* | $0.00 |
| EXHIBITS (820 Pgs. @ 0.30 / PAGE ) | $246.00 |
| SHIPPING & HANDLING | $30.00 |

Voucher No. _____

Entered by _____

| | |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$799.50** |

*OK to pay*
*4303 - 4043*
*Steve Myg*

**Due Upon Receipt**

| **Please pay this amount:** | **$799.50** |
|---|---|

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

*v. 4.10.00*

# INVOICE

**RECEIVED**

## spherion.

ATTN.: Israel Blum, Esq.
Morgan & Finnegan
Three World Financial Center
20th floor
New York, NY 10281-2101

SEP 1 - 2004

M&F ACCTG DEPT.

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378109687 | 8/14/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:**    Morg02       **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 4339 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Saigal, Ph.D., Sunil**                    **Job Date(s):**   7/29/2004

| | |
|---|---|
| ONE COPY OF THE TRANSCRIPT (438 Pgs. @ 1.50 / PAGE )<br>*reduced copy rate* | $657.00 |
| CONDENSED TRANSCRIPT - UNIT | $0.00 |
| EXHIBITS (98 Pgs. @ 0.30 / PAGE ) | $29.40 |
| SHIPPING & HANDLING | $30.00 |

Voucher No. _____
Entered by _____

**Total Sales Tax:**    $0.00
**Total Amount Due:**    $716.40

OK [signature] 9/1/04
4303-4043

**Due Upon Receipt**

| Please pay this amount: | $716.40 |
|---|---|

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

*v. 4.10.00*

# INVOICE

# spherion.

ATTN.: Steven F. Meyer, Esq.
Morgan & Finnegan
Three World Financial Center
New York, NY 10281-2101

**RECEIVED**

NOV - 6 2004

M&F ACCTG **DEPT.**

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378109614 | 8/8/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186
Please make check payable to: Spherion Corporation

**Firm ID:**    Morg02    **Client Ref:**

| Job Number | Case Number | Case Name |
|-----------|-------------|-----------|
| 4342 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Saigal, Ph.D., Sunil**                          **Job Date(s):**  7/30/2004

| | |
|---|---|
| ONE COPY OF THE TRANSCRIPT (314 Pgs. @ 2.75 / PAGE ) *expedite* | $863.50 |
| CONDENSED TRANSCRIPT - UNIT *no charge* | $0.00 |
| EXHIBITS (1282 Pgs. @ 0.30 / PAGE ) | $384.60 |
| SHIPPING & HANDLING | $30.00 |

Voucher No. _____
Entered by _____

| | |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$1,278.10** |

*OK to pay*

*4303 - 4043*

*Steve Meyer*

**Due Upon Receipt**

| Please pay this amount: | **$1,278.10** |
|---|---|

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

# INVOICE

**spherion**™

ATTN.: Israel Blum, Esq.
Morgan & Finnegan
Three World Financial Center
20th floor
New York, NY 10281-2101

RECEIVED

SEP 1 - 2004

M&F ACCTG DEPT.

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378109695 | 8/14/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:** Morg02     **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 4360 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Saigal, Ph.D., Sunil**                    **Job Date(s):** 8/10/2004

| | |
|---|---|
| ONE COPY OF THE TRANSCRIPT (408 Pgs. @ 1.50 / PAGE )<br>*reduced copy rate* | $612.00 |
| CONDENSED TRANSCRIPT - UNIT<br>*no charge* | $0.00 |
| EXHIBITS (88 Pgs. @ 0.30 / PAGE ) | $26.40 |
| SHIPPING & HANDLING | $30.00 |

Voucher No. _____

Entered by _____

**Total Sales Tax:**    $0.00

**Total Amount Due:**    **$668.40**

OK *[signature]*
9/1/04
4303-4043

**Due Upon Receipt**

| Please pay this amount: | **$668.40** |
|---|---|

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

*v. 4.10.00*

# INVOICE

# spherion℠

ATTN.: Israel Blum, Esq.
Morgan & Finnegan
Three World Financial Center
20th floor
New York, NY 10281-2101

**RECEIVED**

SEP 1 - 2004

M&F ACCTG DEPT.

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378109912 | 8/25/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:**   Morg02      **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 4284 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Wagoner, Robert**                          **Job Date(s):**   7/19/2004

| | |
|---|---|
| ONE COPY OF THE TRANSCRIPT (503 Pgs. @ 1.50 / PAGE )<br>*reduced copy rate* | $754.50 |
| ASCII DISKETTE - UNIT<br>*no charge* | $0.00 |
| CONDENSED TRANSCRIPT - UNIT<br>*no charge* | $0.00 |
| SHIPPING & HANDLING | $30.00 |

Voucher No. _____
Entered by _____

| | |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$784.50** |

OK RBlum
9/1/04
4303-4043

# Due Upon Receipt

| Please pay this amount: | $784.50 |
|---|---|

## Service provided by: Henderson Legal Services
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

*v. 4.10.00*

# INVOICE



ATTN.: Israel Blum, Esq.
Morgan & Finnegan
Three World Financial Center
New York, NY 10281-2101

**RECEIVED**

**SEP 1 - 2004**

**M&F ACCTG DEPT.**

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378109483 | 7/31/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:** Morg02    **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 4292 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Wagoner, Ph.D., Robert H.**                    **Job Date(s):**  7/20/2004

ONE COPY OF THE TRANSCRIPT (439 Pgs. @ 1.50 / PAGE )                    $658.50
  *reduced copy rate*

ASCII DISKETTE - UNIT                                                   $0.00
  *no charge*

CONDENSED TRANSCRIPT - UNIT                                             $0.00
  *no charge*

EXHIBITS (235 Pgs. @ 0.30 / PAGE )                                      $70.50

SHIPPING & HANDLING                                                     $30.00

| Voucher No. _____ |
| Entered by _____ |

**Total Sales Tax:**        $0.00

**Total Amount Due:**     $759.00

OK RBlum
@1/1/04
4303-4043

## Due Upon Receipt

| **Please pay this amount:** | **$759.00** |

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

# INVOICE

**RECEIVED**

SEP 1 - 2004

M&F ACCTG DEPT.

# spherion.

ATTN.: Israel Blum, Esq.
Morgan & Finnegan
Three World Financial Center
New York, NY 10281-2101

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378109459 | 7/30/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:**   Morg02      **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 4296 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Wagoner, Robert H.**                    **Job Date(s):**   7/22/2004

| | |
|---|---|
| ONE COPY OF THE TRANSCRIPT (340 Pgs. @ 1.50 / PAGE ) <br> *reduced copy rate* | $510.00 |
| ASCII DISKETTE - UNIT <br> *no charge* | $0.00 |
| CONDENSED TRANSCRIPT - UNIT <br> *no charge* | $0.00 |
| EXHIBITS (31 Pgs. @ 0.30 / PAGE ) | $9.30 |
| SHIPPING & HANDLING | $30.00 |

Voucher No. _____
Entered by _____

| | |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$549.30** |

OK RBlum
9/1/04
4303-4043

**Due Upon Receipt**

| **Please pay this amount:** | **$549.30** |
|---|---|

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

# INVOICE



ATTN.: Israel Blum, Esq.
Morgan & Finnegan
Three World Financial Center
New York, NY 10281-2101

**RECEIVED**

**SEP 1** 2004

**M&F ACCTG DEPT.**

| Invoice # | Invoice Date |
|-----------|--------------|
| 5378109465 | 7/30/2004 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186
Please make check payable to: Spherion Corporation

**Firm ID:**  Morg02      **Client Ref:**

| Job Number | Case Number | Case Name |
|-----------|-------------|-----------|
| 4297 | 9880SLR | Medtronic v. Advanced Cardiovascular |

**Wagoner, Robert H.**                    **Job Date(s):**   7/23/2004

| | |
|---|---|
| ONE COPY OF THE TRANSCRIPT (433 Pgs. @ 2.75 / PAGE )<br>*EXPEDITE* | $1,190.75 |
| ASCII DISKETTE - UNIT<br>*no charge* | $0.00 |
| CONDENSED TRANSCRIPT - UNIT<br>*no charge* | $0.00 |
| EXHIBITS (226 Pgs. @ 0.30 / PAGE ) | $67.80 |

Voucher No. _____
Entered by _____

| | |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$1,258.55** |

OK *[signature]*
4303-4043
9/1/04

## Due Upon Receipt

| Please pay this amount: | **$1,258.55** |
|---|---|

**Service provided by: Henderson Legal Services**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

*v. 4.10.00*

CLIENT/MATTER: 4303-4043    DATE: 2/24/05    ATTY: 1B

Accounting Dept.:

1.    Pay to *Finnegan, Henderson, Farabow, Garrett & Dunner*

2.    Amount _____ $13,179.98 _____

3.    For    (a)    Filing Fee
            (b)    Recording Fee
            (c)    Appeal Fee
            (d)    Petition
            (e)    Final Fee
            (f)    Other: _____

Voucher No. _____
Entered by _____

_____

OK RBlum

(Check No. _____ Date _____ )

**Blum, Israel**

| | |
|---|---|
| **From:** | Andy Holtman [andy.holtman@finnegan.com] |
| **Sent:** | Wednesday, February 23, 2005 4:49 PM |
| **To:** | Blum, Israel |
| **Cc:** | Michael Morin |
| **Subject:** | RE: Payment of Medinol's Share of FTI's bill forMarkmanhearing |



075jsfh_.pdf (347
KB)

I've attached the FTI invoice below.  I've also cut and paste the old return email from
Doug Ringel that spelled out the amounts, etc. between the co-defendants.  I hope it
proves helpful.  Please let me know if you have any further questions and thanks for your
attention to this matter.

Sincerely,
Andy

----------------------------------------------------------------------------------------
----------------------------

Andy,

This is what I had calculated and sent to the others:

BSC: $ 37,343.28

ACS: $ 37,348.28

Medinol: $ 13,179.98

I already sent through a Kenyon & Kenyon check request for half of the BSC share
($18,671.64).  I asked that the check be sent to Mike.  The other BSC half will come from
Kirkland & Ellis.  I understand that Morgan & Finnegan will send you a check on behalf of
Medinol.

Doug

 **F T I**

*Invoice Summary*

## PROFESSIONAL SERVICES –

**Boneau Case**

| | | |
|---|---|---|
| Graphics Consulting | | $29,175.00 |
| Graphics Production | | $41,955.00 |
| Scanning | | $8,175.00 |
| Travel | | $2,250 |
| | Total | $81,555.00 |

**Lau Case**

| | | |
|---|---|---|
| Graphics Consulting | | $9,375.00 |
| Graphics Production | | $24,120.00 |
| Scanning | | $2,175.00 |
| | Total | $35,670.00 |

**Project Management**

| | | |
|---|---|---|
| Project Management | | $1,950.00 |
| | Total | $1,950.00 |

**Rental Equipment**

| | | |
|---|---|---|
| Equipment Rental | | $6,122.40 |
| | Total | $6,122.40 |

**Expenses**

| | | |
|---|---|---|
| Airfare/Trainfare | | $302.40 |
| Hotel | | $473.56 |
| Mileage | | $47.26 |
| Working Meals | | $497.12 |
| | Total Expenses | $1,320.34 |

| | |
|---|---|
| Total Due This Period | $126,617.74 |

**Total Amount Due**................................................................................................ **$126,617.74**

**Amount due does not reflect $5,000.00 retainer which will be applied to the final invoice.**

 **F T I**

*Invoice Remittance*

Michael A. Morin, Esq.
Finnegan Henderson Farabow
1300 Eye St. NW
Washington, DC 20005

November 15, 2004
FTI Invoice No. 7102116
FTI Job No. 008845.0017
Terms NET 30
FEDERAL I.D. NO. 52-1261113

Re: Medtronic v. ACS

Current Invoice Period: Charges Posted through October 31, 2004



Professional Services.................................................................. $119,175.00
Expenses...................................................................................... $7,442.74

Total Amount Due this Period.................................................. $126,617.74

Previous Balance Due.................................................................. $0.00

**Total Amount Due**................................................................ **$126,617.74**

*Please Remit Payment To: FTI Consulting, Inc.*
*P.O. Box 630391*
*Baltimore, MD 21263-0391*
*(800) 334-5701*

*Wire Payment To: Bank of America, NA*
*Rockville, MD 20852*
*Account # 002001801422*
*ABA # 026009593*

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

 F T I

*Invoice Detail*

## PROFESSIONAL SERVICES

**Graphics Consulting - Boneau**
**Guy Joubert**

| Date | Description | Hours | Amount |
|---|---|---|---|
| | | 0.50 | |
| 10/04/04 | Restore backup files for stent cases - Boneau | 10.50 | |
| 10/07/04 | Develop/edit graphics - Boneau | 6.50 | |
| 10/10/04 | Develop TrialMax database; assign media IDs and perform data migration tasks - Boneau | 3.50 | |
| 10/11/04 | Develop/edit graphics - Boneau | 5.50 | |
| 10/13/04 | Develop/edit graphics - Boneau | 10.50 | |
| 10/14/04 | Develop/edit graphics - Boneau | 8.50 | |
| 10/15/04 | Develop/edit graphics - Boneau | 8.50 | |
| 10/16/04 | Develop/edit graphics - Boneau | 0.75 | |
| 10/17/04 | Develop/edit graphics - Boneau | 2.50 | |
| 10/19/04 | Prepare TrialMax case for Markman hearing - Boneau | 14.50 | |
| 10/20/04 | On site hearing support - Boneau | 16.50 | |
| 10/21/04 | On site hearing support - Boneau | 6.50 | |
| 10/22/04 | On site hearing support - Boneau | 2.50 | |
| 10/24/04 | Backup hearing data; organize electronic files - Boneau | | |
| | $300.00 per hour x total hrs of | 97.25 | $29,175.00 |

**Graphics Consulting – Lau**
**Guy Joubert**

| Date | Description | Hours | Amount |
|---|---|---|---|
| | | 7.50 | |
| 10/05/04 | Develop/edit graphics - Lau | 7.50 | |
| 10/06/04 | Develop/edit graphics - Lau | 4.50 | |
| 10/08/04 | Develop/edit graphics - Lau | 2.75 | |
| 10/11/04 | Develop/edit graphics - Lau | 3.50 | |
| 10/12/04 | Develop/edit graphics - Lau | 2.50 | |
| 10/13/04 | Develop/edit graphics - Lau | 3.00 | |
| 10/22/04 | On-site hearing support - Lau | | |
| | $300.00 per hour x total hrs of | 31.25 | $9,375.00 |

**Graphics Production - Boneau**
**Craig Rockweiler**

| Date | Description | Hours | Amount |
|---|---|---|---|
| | | 8.00 | |
| 10/19/04 | Develop/edit graphics - Boneau | | |
| | $200.00 per hour x total hrs of | 8.00 | $1,600.00 |

**J David Johnson**

| Date | Description | Hours | Amount |
|---|---|---|---|
| | | 4.00 | |
| 10/08/04 | Develop/edit graphics - Boneau | 2.00 | |
| 10/10/04 | Develop/edit graphics - Boneau | 5.50 | |
| 10/11/04 | Develop/edit graphics - Boneau | 15.50 | |
| 10/12/04 | Develop/edit graphics - Boneau | 20.00 | |
| 10/13/04 | Develop/edit graphics - Boneau | 4.50 | |
| 10/17/04 | Develop/edit graphics - Boneau | 7.50 | |
| 10/18/04 | Develop/edit graphics - Boneau | 7.00 | |
| 10/19/04 | Develop/edit graphics - Boneau | 4.00 | |
| 10/20/04 | Develop/edit graphics - Boneau | 13.00 | |
| 10/21/04 | Develop/edit graphics - Boneau | 5.00 | |
| 10/22/04 | Develop/edit graphics - Boneau | | |
| | $200.00 per hour x total hrs of | 88.00 | $17,600 |

**Steven Jenkins**

| Date | Description | Hours | Amount |
|---|---|---|---|
| | | 7.50 | |
| 10/14/04 | Develop/edit graphics - Boneau | 9.00 | |
| 10/16/04 | Develop/edit graphics - Boneau | 8.00 | |
| 10/17/04 | Develop/edit graphics - Boneau | | |



*Invoice Detail*

| | | | |
|---|---|---|---|
| 10/19/04 | Develop/edit graphics - Boneau | 8.00 | |
| 10/20/04 | Post case materials to FTP for trial site use - Boneau | 2.00 | |
| | $180.00 per hour x total hrs of | 34.50 | $6,210.00 |

**William James**

| | | | |
|---|---|---|---|
| 10/15/04 | Develop/edit graphics - Boneau | 8.50 | |
| 10/16/04 | Develop/edit graphics - Boneau | 8.50 | |
| 10/18/04 | Develop/edit graphics - Boneau | 8.50 | |
| 10/19/04 | On-site; Develop/edit graphics - Boneau | 11.50 | |
| 10/20/04 | On-site; Develop/edit graphics - Boneau | 15.00 | |
| 10/21/04 | On-site; Develop/edit graphics - Boneau | 14.25 | |
| 10/22/04 | On-site; Develop/edit graphics - Boneau | 4.00 | |
| | $180.00 per hour x total hrs of | 70.25 | $12,645.00 |

**John Waters**

| | | | |
|---|---|---|---|
| 10/15/04 | Develop/edit graphics - Boneau | 7.50 | |
| | $160.00 per hour x total hrs of | 7.50 | $1,200.00 |

**Darin McCauley**

| | | | |
|---|---|---|---|
| 10/14/04 | 3D model of stent and PowerPoint animation of multiple stents moving off of balloon - Boneau | 3.00 | |
| 10/18/04 | Animate stent bending - Boneau | 2.00 | |
| 10/19/04 | Animate hand drawn stent pull off paper and bend into circular 3d stent; develop/edit graphics - Boneau | 7.00 | |
| | $225.00 per hour x total hrs of | 12.00 | $2,700.00 |

**Graphics Production - Lau**

**J David Johnson**

| | | | |
|---|---|---|---|
| 10/05/04 | Develop/edit graphics - Lau | 13.00 | |
| 10/06/04 | Develop/edit graphics - Lau | 4.50 | |
| 10/07/04 | Develop/edit graphics - Lau | 14.50 | |
| 10/14/04 | Develop/edit graphics - Lau | 15.00 | |
| 10/15/04 | Develop/edit graphics - Lau | 10.00 | |
| 10/16/04 | Develop/edit graphics - Lau | 9.50 | |
| 10/18/04 | Develop/edit graphics - Lau | 10.50 | |
| 10/19/04 | Develop/edit graphics - Lau | 9.00 | |
| 10/20/04 | Develop/edit graphics - Lau | 9.50 | |
| 10/21/04 | Develop/edit graphics - Lau | 3.00 | |
| 10/22/04 | Develop/edit graphics - Lau | 5.00 | |
| | $200.00 per hour x total hrs of | 103.5 | $20,700.00 |

**Ronald L. Stanton**

| | | | |
|---|---|---|---|
| 10/18/04 | Develop/edit graphics - Lau | 6.00 | |
| | $180.00 per hour x total hrs of | 6.00 | $1,080.00 |

**Steven Jenkins**

| | | | |
|---|---|---|---|
| 10/13/04 | Develop/edit graphics - Lau | 8.50 | |
| 10/19/04 | Develop/edit graphics - Lau | 4.50 | |
| | $180.00 per hour x total hrs of | 13.00 | $2,340.00 |

**Project Management**

**Molly Rowell**

| | | | |
|---|---|---|---|
| 10/11/04 | Communication w/S. Chaplin & G. Joubert regarding case | 0.25 | |



*Invoice Detail*

| | | | |
|---|---|---|---|
| 10/13/04 | Conversation w/G Joubert regarding project requirements, trial specifics & equipment needs; Draft quote for equipment and coordinate w/vendor for install times | 0.75 | |
| 10/15/04 | Scan documents per G. Joubert | 5.00 | |
| 10/18/04 | Conversation w/B. Rivas of Aquipt regarding finalizing onsite logistics; Re-run spending reports to capture latest work; Draft budget proposal for review; Conversation w/F. Sedlarcik @Morgan Finnegan regarding deposition video & other digital images that are to be loaded into TMAX database; Forward shipping instructions for material; Notify video production team to prep for RUSH order; Conversation w/G. Joubert re: same | 3.00 | |
| 10/19/04 | Finalize budget & distribute to client; Coordinate car for G. Joubert & D. Johnson to transport equipment to Wilmington; Conversations w/ G Joubert & T. Zimmerman regarding last minute onsite equipment delivery schedule & contents of shipment; Communication w/ F. Sedlarcik regarding video and other materials to be used at hearing; Load files to jobs folder; Communication w/G Joubert re: same; General prep for onsite support | 2.00 | |
| 10/22/04 | Coordination w/D. Johnson regarding case closing issues; Coordinate time w/vendor to pick up equipment at warroom | 0.50 | |
| | $150.00  per hour x total hrs of | 11.50 | $1,725.00 |

**Sue Chaplin**

| | | | |
|---|---|---|---|
| 10/06/04 | Proof presentations | 1.50 | |
| | $150.00  per hour x total hrs of | 1.50 | $225.00 |

**Scan Documents - Boneau**
**Darin McCauley**

| | | | |
|---|---|---|---|
| 10/14/04 | Scan documents - Boneau | 9.00 | |
| 10/18/04 | Scan documents - Boneau | 6.00 | |
| 10/20/04 | Scan documents - Boneau | 6.50 | |
| 10/22/04 | Scan documents - Boneau | 1.00 | |
| | $150.00  per hour x total hrs of | 22.50 | $3,375.00 |

**Craig Rockweiler**

| | | | |
|---|---|---|---|
| 10/07/04 | Scan documents - Boneau | 16.50 | |
| 10/13/04 | Scan documents - Boneau | 15.50 | |
| | $200.00  per hour x total hrs of | 32.00 | $4,800.00 |

**Scan Documents - Lau**
**Craig Rockweiler**

| | | | |
|---|---|---|---|
| 10/06/04 | Scan documents - Lau | 11.00 | |
| 10/12/04 | Scan documents - Lau | 3.50 | |
| | $200.00  per hour x total hrs of | 14.50 | $2,175.00 |

**Travel**

**J David Johnson**

| | | | |
|---|---|---|---|
| 10/20/04 | Travel from DC to Wilmington | 2.50 | |
| 10/22/04 | Travel from Wilmington to DC | 2.00 | |
| | $200.00  per hour x total hrs of | 4.50 | $900.00 |

 **F T I**

*Invoice Detail*

| Guy Joubert | | | |
|---|---|---|---|
| 10/20/04 | Travel from DC to Wilmington | 2.00 | |
| 10/22/04 | Travel from Wilmington to DC | 2.50 | |
| | $200.00 per hour x total hrs of | 4.50 | $1,350.00 |

## Expenses

**Airfare/Trainfare**

| 10/22/04 | Train Fare - Joubert ; Johnson | | $302.40 |
|---|---|---|---|
| | | Total | $302.40 |

**Equipment Rental**

| 10/26/04 | Equipment Rental/Proxima Projector/DaLite Projectostand/Fastfold Projector Screen/Wolfvision Visualizer/DaLite Adj Height Rolling Stand/Inline 6in x 1out VGA Switch/Al-u Lite Tech Table/Round Trip Delivery/Onsite Installation/CAP 1 Computer Audio Patch(2)/ TPAD Port Replicator II/Fender Speakers 10/21/04 - 10/23/04 - Aquipt | | $1,995.60 |
|---|---|---|---|
| 10/28/04 | Equipment Rental/TPAD T40 (4)/TPAD Ultrabay 80 Gig Drive/Ricoh Scanner/Xerox Phaser/Round Trip Delivery/Onsite Installation 10/20/04 - 10/22/04 - Aquipt | | $2,018.40 |
| 10/28/04 | Equipment Rental/Dell PE2600 Server/TPAD T40/Couier Delivery 10/16/04 - 10/22/04 - Aquipt | | $2,108.40 |
| | | Total | $6,122.40 |

**Hotel**

| 10/20/04 | Hotel - Wil James | | $236.78 |
|---|---|---|---|
| 10/21/04 | Hotel - Wil James | | $236.78 |
| | | Total | $473.20 |

**Mileage**

| 10/16/04 | Mileage - Steve Jenkins  For weekend work on Boneau PowerPoint presentations. 60 Miles round trip, Centreville Va to DC office. | | $23.63 |
|---|---|---|---|
| 10/17/04 | Mileage - Steve Jenkins  For weekend work on Boneau PowerPoint presentations. 60 Miles round trip, Centreville Va to DC office. | | $23.63 |
| | | Total | $47.26 |

**Working Meals**

| 10/07/04 | Working Meals - Joubert; Rockweiler; Johnson; Jenkins | | $180.42 |
|---|---|---|---|
| 10/08/04 | Working Meals - Joubert; Rockweiler; | | $40.54 |
| 10/11/04 | Working Meals - Joubert; Johnson; Holtman | | $132.16 |
| 10/21/04 | Working Meals - Joubert; Johnson; James; Finnegan attys and staff | | $72.00 |
| 10/22/04 | Working Meals - Joubert; Johnson; James | | $72.00 |
| | | Total | $497.12 |

# SKYLINE duplication
## & DOCUMENT MANAGEMENT CORP.

151 West 46th Street 4th Floor    New York, NY 10036
Phone: (212)302-8066    Fax (212)302-8309

**Invoice**

| Date | Invoice Number |
|---|---|
| Mar 15, 2004 | IN023528 |
| Account | MORGCW1 |

**Bill To:**
Clyde Wilson
Morgan & Finnegan, LLP
345 Park Avenue
, New York, NY 10006

## RECEIVED

APR 1 9 2004

M&F ACCTG DEPT.

WE ACCEPT ALL CREDIT CARDS FOR PAYMENT

Please contact Deirdre Considine at (212) 302 - 8066 to make Credit Card payment.

| Client Matter | Reference | Job | Contact | JobDetails | Date Requested |
|---|---|---|---|---|---|
| 4303.4043 | | M16726 | Wilson, Clyde | 42 cd | 3/8/2004 |

| Quantity | Item Number | Description | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|
| 57,123.00 | BLOW-BSR | Blowback Tiff Files Black/White (Straight) Bonneau Depo, Anwar Trial, Depo Transcripts & Allen Docs | 0.08 | Page | 4,569.84 |

Voucher No. _____
Entered by _____

**Comments:**

PLEASE INCLUDE CHARGE NUMBER INFORMATION ON ALL WORK ORDER REQUESTS.

TAX ID: 13-3767448

| | |
|---|---|
| Subtotal | 4,569.84 |
| Total Sales Tax | 394.15 |
| Total Amount | 4,963.99 |
| Less Payment | 0.00 |
| Amount Due | 4,963.99 |

040.326

Medinol Ltd.
Bill Number: 183647

Page 61
June 10, 2004

| | | | | $6,030.25 |
|---|---|---|---|---|
| Cost of Translations | 03/23/04 | RUSSIAN INTO ENGLISH - VENDOR: TRANSPERFECT/TRANSLATIONS; INVOICE#: 28876; DATE: 3/23/2004 | 195.00 | |
| | 05/19/04 | VENDOR: LEGAL LANGUAGE SERVICES; INVOICE#: 1046993; DATE: 5/19/2004 - CONSECUTIVE INTERPRETING OF RUSSIAN | 462.00 | |
| | | | | $657.00 |
| Reproduction Services - Outside | 03/15/04 | VENDOR: SKYLINE DUPLICATION & DOCUMENT MANAGEMEN; INVOICE#: IN023528; DATE: 3/15/2004 | 4,963.99 | |
| | 03/19/04 | VENDOR: SKYLINE DUPLICATION & DOCUMENT MANAGEMEN; INVOICE#: IN023526; DATE: 3/19/2004 | 9,236.51 | |
| | | | | $14,200.50 |
| Courier Service | 04/12/04 | PALO ALTO CA - VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 172683358; DATE: 4/19/2004 | 63.05 | |
| | 04/12/04 | PALO ALTO CA VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 172683358; DATE: 4/19/2004 | 71.15 | |
| | 04/19/04 | PALO ALTO CA - VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 172683358; DATE: 4/19/2004 | 53.19 | |
| | 04/30/04 | VENDOR: FEDERAL EXPRESS CORP INVOICE#: 177459593 DATE: 5/7/2004 To: MR. STEVEN MEYER, | 87.15 | |

Medinol Ltd.                                                                          Page 43
Bill Number: 198134                                                     January 19, 2005

---

### Disbursements

| | | | | |
|---|---|---|---|---|
| Cost of Prior Art | | | | $96.00 |
| Photocopies | | | | $7,113.80 |
| Facsimile | | | | $661.94 |
| Telecommunications | | | | $825.09 |
| Computerized Legal Rsch - Lexis | | | | $5,367.11 |
| Computerized Legal Rsch - Westlaw | | | | $593.90 |
| Computerized Legal Rsch - Dialog | | | | $4,468.41 |
| PTO Clerk Schedule of Services and Fees | 12/15/04 | Certification of Document Patent No.: 5800509 | 55.00 | |
| | 12/15/04 | Certification of Document | 55.00 | |

Medinol Ltd.                                                                    Page 44
Bill Number: 198134                                                   January 19, 2005

---

|                             |          | Patent No.: 5891190                                                        |          |          |
| --------------------------- | -------- | -------------------------------------------------------------------------- | -------- | -------- |
|                             | 12/29/04 | Certification of Document<br>Patent No.: 5879382                            | 55.00    |          |
|                             | 12/29/04 | Certification of Document<br>Patent No.: 6344053                            | 225.00   |          |
|                             | 12/29/04 | Certification of Document<br>Patent No.: 5292331                            | 55.00    |          |
|                             | 12/29/04 | Certification of Document<br>Patent No.: 6827733                            | 55.00    |          |
|                             | 12/29/04 | Certification of Document<br>Patent No.: 6663661                            | 225.00   |          |
|                             |          |                                                                            |          | $725.00  |
| Miscellaneous Patent Fees   | 12/03/04 | COPT-DEPOSIT ACCOUNT<br>CHARGE D.C.<br>Additional fee for certification<br>of patent related file | 25.00    |          |
|                             | 12/03/04 | COPT-DEPOSIT ACCOUNT<br>CHARGE D.C.<br>Additional fee for certification<br>of patent related file | 25.00    |          |
|                             | 12/03/04 | COPT-DEPOSIT ACCOUNT<br>CHARGE D.C.<br>Additional fee for certification<br>of patent related file | 25.00    |          |
|                             | 12/03/04 | COPT-DEPOSIT ACCOUNT<br>CHARGE D.C.<br>Additional fee for certification<br>of patent related file | 25.00    |          |
|                             | 12/09/04 | COPT-DEPOSIT ACCOUNT<br>CHARGE D.C.<br>Additional fee for certification<br>of patent related file | 25.00    |          |
|                             | 12/13/04 | COPT-DEPOSIT ACCOUNT<br>CHARGE D.C.<br>Additional fee for certification    | 25.00    |          |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 6, 2007, he electronically

filed the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Josy Ingersoll, Esquire
Karen Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801

Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document

were sent by hand, on November 6, 2007, to the above counsel.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk