# REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

TO: Commissioner of Patents and Trademarks
Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 98-478 | 08/13/98 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| Arterial Vascular | Boston Scientific |

| PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  5,292,331 | 03/08/94 | Arterial Vascular |
| 2  5,674,278 | 10/07/97 | Arterial Vascular |

In the above-entitled case, the following patent(s) have been included:

DATE INCLUDED: 6/28/00 ('382 patent) 2/20/04 ('053 patent)

INCLUDED BY: [X] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading

| PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  5,879,382 | 3/9/1999 | Michael D. Boneau |
| 2  6,344,053 B1 | 2/5/2002 | Medtronic AVE, Inc. |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

**DECISION/JUDGMENT**

See DE Nos. 349, 363 & 364 attached.

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK | T. Pascale | 2/1/08 |